| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-16220-PMM

JOHN D. KNUTILA
JANE COLBY KNUTILA
3411 W. FAIRVIEW STREET
ALLENTOWN  PA    18104

Petition Filed Date: 08/31/2015
341 Hearing Date: 11/10/2015
Confirmation Date: 08/25/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $600.00 | | 02/27/2019 | $600.00 | | 03/29/2019 | $600.00 | |
| 04/26/2019 | $600.00 | | 05/30/2019 | $600.00 | | 06/26/2019 | $600.00 | |
| 08/19/2019 | $1,200.00 | | 11/12/2019 | $1,200.00 | | 12/09/2019 | $600.00 | |
| 01/13/2020 | $600.00 | | 02/10/2020 | $600.00 | | 03/09/2020 | $600.00 | |
| 04/13/2020 | $600.00 | | 05/11/2020 | $600.00 | | 06/15/2020 | $600.00 | |
| 07/13/2020 | $600.00 | | 08/10/2020 | $600.00 | | | | |

**Total Receipts for the Period: $11,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $35,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $3,134.17 | $470.33 | $2,663.84 |
| 17 | AMERICAN EXPRESS NATIONAL BANK »» 017 | Unsecured Creditors | $1,333.24 | $189.66 | $1,143.58 |
| 16 | AMERICAN EDUCATION SERVICES »» 016 | Unsecured Creditors | $19,521.95 | $2,929.53 | $16,592.42 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $5,727.86 | $859.49 | $4,868.37 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $3,577.14 | $536.75 | $3,040.39 |
| 5 | ALLY FINANCIAL »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | BANK OF AMERICA NA »» 015 | Unsecured Creditors | $705.23 | $103.99 | $601.24 |
| 12 | JP MORGAN CHASE BANK NA »» 012 | Mortgage Arrears | $630.65 | $630.65 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $16,690.79 | $2,505.12 | $14,185.67 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $7,749.79 | $1,162.96 | $6,586.83 |
| 9 | ECAST SETTLEMENT CORPORATION »» 009 | Unsecured Creditors | $16,831.38 | $2,525.70 | $14,305.68 |
| 10 | ECAST SETTLEMENT CORPORATION »» 010 | Unsecured Creditors | $11,962.45 | $1,795.09 | $10,167.36 |
| 18 | M&T BANK »» 018 | Unsecured Creditors | $2,568.47 | $371.99 | $2,196.48 |
| 8 | PEOPLE FIRST FEDERAL CREDIT UNION »» 008 | Unsecured Creditors | $10,459.40 | $1,569.55 | $8,889.85 |

**Chapter 13 Case No. 15-16220-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,443.82 | $216.68 | $1,227.14 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $921.14 | $131.01 | $790.13 |
| 7 | SANTANDER CONSUMER USA<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | US DEPARTMENT OF EDUCATION<br>»» 013 | Unsecured Creditors | $95,217.79 | $14,288.70 | $80,929.09 |
| 20 | WELLS FARGO BANK N A<br>»» 020 | Unsecured Creditors | $1,046.50 | $151.58 | $894.92 |
| 19 | WELLS FARGO BANK NEVADA NA<br>»» 019 | Unsecured Creditors | $8,596.34 | $1,289.98 | $7,306.36 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,400.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $31,728.76 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,093.00 | Total Plan Base: | $36,000.00 |
| Funds on Hand: | $578.24 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.