United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John D. Knutila  
Jane Colby Knutila  
    Debtor(s)

Case No. 15-16220-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 4  
Date Rcvd: Nov 10, 2020      Form ID: 138NEW      Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John D. Knutila, Jane Colby Knutila, 3411 W. Fairview Street, Allentown, PA 18104-5922 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13588315 | | AT&T/Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13588316 | | ATT Universal, P.O. Box 6284, Sioux Falls, SD 57117-6284 |
| 13602258 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13588314 | | American Express/Delta, P.O. Box 1270, Newark, NJ 07101-1270 |
| 13588317 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilminton, DE 19886-5019 |
| 13649461 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13588318 | | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 13588319 | | Capital Manageent Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 13588322 | | Card Member Service, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 13588324 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13588325 | + | Citibank, N.A., P.O. Box 653095, Dallas, TX 75265-3095 |
| 13588328 | + | Firstsource Advantage, LLC, 205 Bryant Wood South, Amherst, NY 14228-3609 |
| 13588329 | | Glelsi, P.O. Box 7860, Madison, WI 53707-7860 |
| 14409874 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13601997 | + | JPMorgan Chase Bank, National Association, c/o Joshua Isaac Goldman, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13662622 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 13588331 | | M&T Bank, P.O. Box 790408, St. Louis, MO 63179-0408 |
| 13588335 | + | National Collegiate Trust, 1200 N 17th Street, Harrisburg, PA 17103-1246 |
| 13588336 | | Northstar Kocation Services, LLC, ATTN: FINANCIAL SERVICES DEPT., 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 13661211 | + | PNC Bank /Boston Portfolio Advisors, BPA as Authorized Agent for PNC Bank, N., 600 Corporate Drive, Suite 502, Ft. Lauderdale, FL 33334-3662 |
| 13588339 | | PNC Educational Loan Center, P.O. Box 757, Pittsburgh, PA 15265-0001 |
| 13588337 | + | People First Credit Union, 2141 Downyflake Lane, Allentown, PA 18103-4799 |
| 13618462 | + | People First Federal Credit Union, Remit Corporation, 36 West Main Street, Bloomsburg, PA 17815-1703 |
| 13588338 | + | Petro Home Services, 6330 Farm Bureau Rd., Suite 100, Allentown, PA 18106-9396 |
| 13588340 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W. Main Street, P.O. Box 7, Bloomsburg, PA 17815 |
| 13588341 | | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 13602721 | + | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 13588342 | | Sears/ Master Card, P.O. Box 183082, Columbus, OH 43218-3082 |
| 13588345 | | Suntrust Bank, P.O. Box 1093, Murfreesboro, TN 37133-1093 |
| 13631067 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 13588350 | | Wells Fargo, P.O. Box 6412, Carol Stream, IL 60197-6412 |
| 13671374 | + | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 32232-5038 |

| | | | |
|---|---|---|---|
| 13670194 | + Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 | | |
| 13622517 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 | | |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 11 2020 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 11 2020 03:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13588313 | Email/Text: ally@ebn.phinsolutions.com | Nov 11 2020 03:56:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 13597566 | Email/Text: ally@ebn.phinsolutions.com | Nov 11 2020 03:56:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13588320 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 11 2020 04:00:59 | Capital One Bank, P.O. Box 71083, Charolette, NC 28272-1083 |
| 13595653 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 11 2020 04:00:59 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13588321 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 11 2020 04:03:40 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13588327 | Email/Text: mrdiscen@discover.com | Nov 11 2020 03:56:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 13588326 | Email/Text: mrdiscen@discover.com | Nov 11 2020 03:56:00 | Discover, P.O. Box 71084, Charolette, NC 28272-1084 |
| 13594388 | Email/Text: mrdiscen@discover.com | Nov 11 2020 03:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13588323 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 11 2020 04:00:58 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 13588330 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 11 2020 04:03:40 | J.P. Morgan Chase, 1111 Polaris Parkway, Columbus, OH 43240 |
| 13627885 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 11 2020 04:00:58 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 13588343 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 11 2020 04:03:40 | Slate/Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 13588344 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 11 2020 04:00:58 | Slate/Chase, P.O. Box 15153, Wilminton, DE 19886-5153 |
| 13588333 | Email/Text: camanagement@mtb.com | Nov 11 2020 03:56:00 | M&T Bank, P.O. Box 62014, Baltimore, MD 21264-2014 |
| 13588332 | Email/Text: camanagement@mtb.com | Nov 11 2020 03:56:00 | M&T Bank, P.O. Box 767, Buffalo, NY 14240-0767 |
| 13588334 | + Email/Text: camanagement@mtb.com | Nov 11 2020 03:56:00 | M&T Bank-Recovery, Ground Floor, 1100 Wehrle Dr., Williamsville, NY 14221-7748 |
| 13626189 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2020 04:02:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13588347 | Email/Text: bnc@alltran.com | Nov 11 2020 03:56:00 | United Recovery System, LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 13588348 | Email/Text: bnc@alltran.com | Nov 11 2020 03:56:00 | United Recovery Systems, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 13588349 | + Email/Text: bnc@alltran.com | | |

Case 15-16220-pmm   Doc 42   Filed 11/12/20   Entered 11/13/20 00:50:14   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: Adminstra | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 138NEW | Total Noticed: 64 |

|  |  | Nov 11 2020 03:56:00 | United Recovery Systems, LP, 5800 North Course Dr., Houston, TX 77072-1613 |
|---|---|---|---|
| 13588351 | Email/Text: BKRMailOps@weltman.com | Nov 11 2020 03:56:00 | Weltman, Weinberg & Reis Co., LPA, 3705 Marlane Drive, Grove City, OH 43123-8895 |
| 13588352 | Email/Text: BKRMailOps@weltman.com | Nov 11 2020 03:56:00 | Weltman, Weinberg & Reis Co., LPA, P.O. Box 93596, Cleveland, OH 44101-5596 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13661946 | * | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13622518 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 13588346 | ## | U.S. Department of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SCHWARTZ | on behalf of Joint Debtor Jane Colby Knutila david@dbsesq.com  DBSchwartzesq@aol.com |
| DAVID B. SCHWARTZ | on behalf of Debtor John D. Knutila david@dbsesq.com  DBSchwartzesq@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| REGINA COHEN | on behalf of Creditor Ally Financial rcohen@lavin-law.com  ksweeney@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 4 of 4 |
| Date Rcvd: Nov 10, 2020 | Form ID: 138NEW | Total Noticed: 64 |

                           on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John D. Knutila and Jane Colby Knutila

        Debtor(s)                      Bankruptcy No: 15−16220−pmm

                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                      For The Court
                                                     Timothy B. McGrath
                                                     Clerk of Court

Dated: 11/10/20

                                                                           41 − 40
                                                                        Form 138_new